UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Judith Tompson

    v.                                                            Civil No. 17-cv-42-SM

Benjamin LeDuc

O R D E R

After due consideration of the objection filed, I herewith approve the Amended Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 16, 2017, for the reasons set forth therein. The complaint is hereby dismissed in its entirety. The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: April 10, 2017

cc: Judith Tompson, pro se